CAUSE NO. 16,784

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/20/2015 11:52:21 AM
DEBBIE AUTREY
Clerk

| THE STATE OF TEXAS | § | IN THE 115TH DISTRICT COURT |
|---|---|---|
| VS | § | OF |
| CHRISTOPHER ALAN RAY | § | UPSHUR COUNTY, TEXAS |

## FORMAL NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant, Christopher Alan Ray, who by and through his court appointed appellate attorney, makes and files this his **Formal Notice of Appeal** as follows:

I.

Upon the Defendant's plea of not guilty and subsequent jury trial, the Trial Court sentenced the Defendant after the jury found him guilty of the the offenses of aggravated sexual assault (count 1) and indecency with a child (count 3) on October 14, 2015. The punishments assessed were 25 years and five years confinement, respectively, in the Institutional Division of the Texas Department of Criminal Justice, to run to the extent possible, concurrently.

II.

Sentencing occurred on October 14, 2015. The appellant's attorney for this appeal was appointed on October 14, 2015.

1

III.

Notice is hereby given for the appeal of each felony conviction to the Texas Court of Appeals for the 6th Appellate District at Texarkana, Texas.

PRAYER

WHEREFORE, premises considered, Defendant prays that this Notice of Appeal be filed and acted upon as required by Texas law.

Respectfully Submitted,

By: _____

Dwight A. Brannon
Attorney at Law
P.O. Box 670
Gilmer, Texas 75644
Phone: 903-843-2523
Fax: 903-843-6014
State Bar No. 02894500

APPELLATE ATTORNEY FOR
Christopher Alan Ray

2

## CERTIFICATE OF SERVICE

A true and correct copy of the above Notice of Appeal was hand delivered to the office of the Criminal District Attorney of Upshur County, Texas at 405 North Titus Street, Gilmer, Texas, and to the Defendant by letter on this the _19th_ day of _October_, 2015.

_Dwight A. Brannon_
Dwight A. Brannon

3

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

TRIAL COURT NO.     16,784

| | | |
|---|---|---|
| CHRISTOPHER ALAN RAY | * | IN THE 115TH DISTRICT COURT |

CHRISTOPHER ALAN RAY          *     IN THE 115TH DISTRICT COURT

VS.                                        *     OF

THE STATE OF TEXAS               *     UPSHUR COUNTY, TEXAS


The Record of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF: AGGRAVATED SEXUAL ASSAULT CHILD;INDECENCY WITH A CHILD

PUNISHMENT ASSESSED: TWENTY FIVE (25) YEARS TDCJ

WAS THIS A REVOCATION OF PROBATION? _____ YES _____X_____ NO

DEFENDANT IS:  IN JAIL _____X_____ OUT ON BOND _____ OUT ON PROBATION_____

IF ON BOND, GIVE AMOUNT: $ _____ DATE BOND WAS POSTED: _____

SENTENCE IMPOSED ON THE  14THt DAY OF OCTOBER,  2015.

IF NO SENTENCE, ORDER APPEALED FROM WAS SIGNED ON : _____ DAY OF _____, _____

WRITTEN NOTICE OF APPEAL WAS FILED ON: 19TH  DAY OF OCTOBER, 2015.

MOTION FOR NEW TRIAL FILED ____X____ NO _____ YES , IF YES, DATE FILED _____

*** IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, PLEASE GIVE WRITTEN NOTICE TO THE COUT OF APPEAL IMMEDIATELY.

PRESIDING TRIAL COURT JUDGE: Lauren Parish

TRIAL COURT REPORTER: Deanna Drennan

ADDRESS:  P. O. BOX 1052, GILMER, TEXAS 75644

WAS DEFENDANT DECLARED INDIGENT? _____X_____ YES _____ NO

DEFENDANT 'S COUNSEL IS: RETAINED _____ APPOINTED ____X_____ PRO SE _____

DEFENDANT IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME: Dwight Brannon

BAR CODE NUMBER 02894500

ADDRESS: P. O. BOX 670, Gilmer, Texas 75644

STATE IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME: Billy W. Byrd

BAR CODE NUMBER 24034354

ADDRESS: 405 N. Titus, Gilmer, Texas 75644

IF TWO OR MORE CASES WERE TRIED TOGETHER, LIST CASE NUMBERS ONLY:

_____

IF COMPANION CASE, LIST DOCKET NUMBER AND DEFENDANT'S NAME:

_____

**** SEND SEPARATE CERTIFICATE FOR EACH CASE APPEALED

DATED THE 19TH DAY OF OCTOBER, 2015.

KAREN BUNN, DISTRICT CLERK

BY: MELISSA CHEVALIER, DEPUTY CLERK